## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALTER ANDERSON,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 18-CV-3508** |
| | : | |
| **MICHAEL DOHMAN,** *et al.*, | : | **FILED** |
| **Defendants.** | : | |

AUG 3 0 2018

KATE BARKMAN, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 29th day of August, 2018, upon consideration of Plaintiff Walter Anderson's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), his Prisoner Trust Fund Account Statement (ECF No. 3), his *pro se* Complaint (ECF No. 2), his Motion for Preliminary Injunction (ECF No. 4.), his Relief for Declaratory Judgment (ECF No. 5), his Motion for Appointment of Counsel (ECF No. 6), and his Motion for Reduction of Copies Filed (ECF No. 7), it is **ORDERED** that:

1.     Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915(b).

2.     Anderson, #AS-2034, shall pay the full filing fee of $350.00 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Anderson, an initial partial filing fee of $43.27 is assessed. The Superintendent or other appropriate official at SCI Frackville or at any other prison at which Anderson may be incarcerated is directed to deduct $43.27 from Anderson's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 18-3508. After the initial partial filing fee is collected and until the full filing fee is

paid, the Superintendent or other appropriate official at SCI Frackville or at any other prison at which Anderson may be incarcerated, shall deduct from Anderson's account, each time that Anderson's inmate trust fund account exceeds $10.00, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 18-3508.

3.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Frackville.

4.      The Complaint is **DEEMED** filed.

5.      Anderson's claims regarding events at SCI Graterford are **DISMISSED with prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum. The Clerk of Court is **DIRECTED** to terminate Michael Dohman, Gregory L. Wilson, Robert Weikel, and Antonio Olveras as Defendants.

6.      The Clerk of Court is **DIRECTED** to **TRANSFER** this case forthwith to the United States District Court for the Middle District of Pennsylvania for consideration of Anderson's claims against Wetzel, Brittain, and Radziewicz concerning events at SCI Frackville.

7.      Anderson's Motion for a Preliminary Injunction (ECF No. 4), Motion for Appointment of Counsel (ECF No. 6), and Motion for Reduction of Copies Filed (ECF No. 7) are left to the discretion of the transferee court.

BY THE COURT:

C. DARNELL JONES, II, J.